NICOLA T. HANNA
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
LARA A. BRADT, CSBN 289036
    Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MIRAMONTES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:19-cv-02932-PLA<br><br>**JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date: January 16, 2020

*Paul L. Abrams*
_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE